IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**LANGHAM CO., an Illinois Corporation,**

**Plaintiff,**

     **vs.**

**ENBRIDGE PIPELINES (ILLINOIS)
LLC, CENTRAL STATES PIPELINE
COMPANY, and UNKNOWN OWNERS
And NON-RECORD CLAIMANTS,**

**Defendants.**                             **Case No. 14-cv-804-DRH-SCW**


## <u>Order</u>

Now before the Court is defendants' September 23, 2014 motion for summary judgment (Doc. 19). Specifically, defendant Enbridge Pipelines (Illinois) LLC, now known as Illinois Extension Pipeline Company, LLC, move for summary judgment on plaintiff's complaint (Doc 2) pursuant to Fed. R. Civ. P. 56.

As of today's date, plaintiff has not responded to the motion for summary judgment. Pursuant to Local Rule 7.1(c), the Court considers the failure to respond as an admission of the merits of the motion for summary judgment.[1]

---

[1] Local Rule 7.1(c) provides in part: "Failure to timely file a response to a motion may, in the Court's discretion, be considered an admission of the merits of the motion."

Accordingly, the Court **GRANTS** the motion for summary judgment (Doc. 19). The Court enters judgment in favor of defendant Enbridge Pipelines and against plaintiff Langham Co.  Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 3rd day of November, 2014.

Digitally signed by
David R. Herndon
Date: 2014.11.03
16:36:09 -06'00'

**District Judge**
**United States District Court**